1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11

Erick Lopez, et al.

12

Plaintiffs,

Case No. 2:24-cv-09426-FMO-BFM

13

v.

14

FCA US, LLC, et al.

**ORDER RE STIPULATED PROTECTIVE ORDER**

15
16

Defendants.

17
18

Having considered the papers, and finding that good cause exists, the Parties'

19

Stipulated Protective Order is **granted**.

20
21

**IT IS SO ORDERED**.

22
23

DATED: ___APRIL 29___, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1